NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK JONES,                              )
                                         )
             Appellant,                  )
                                         )
v.                                       )      Case No. 2D20-118
                                         )
STATE OF FLORIDA,                        )
                                         )
             Appellee.                   )
_____  )

Opinion filed September 16, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Frederick P. Mercurio,
Judge.

Mark Jones, pro se.


PER CURIAM.

        Affirmed.  See State v. Hogan, 451 So. 2d 844 (Fla. 1984); McDonald v.
State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d
DCA 2009); Anton v. State, 976 So. 2d 6 (Fla. 2d DCA 2008); Marrero v. State, 967 So.
2d 934 (Fla. 2d DCA 2007); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); State
v. Wells, 466 So. 2d 291 (Fla. 2d DCA 1985).


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.